UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FILED
NOV 1 - 2006
RICHARD W. CLERK, U.S. DIST.
NORTHERN DISTRICT
SAN JOSE, CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASON SETH ALBION O'CONNELL,<br><br>    Defendant. | No. 06 70046 PVT<br><br>**NOTICE OF DISMISSAL**<br><br><br><br>SAN JOSE VENUE |

Leave of Court is granted to the government to dismiss without prejudice the complaint in this case. It is further ordered that the arrest warrant issued against the defendant is quashed.

Dated this __1__ day of __November__ 2006.

*(signature)*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER (No. 06 70046 PVT)